AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

FILED

2012 JAN 10  AM II: 35

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA

v.

**Ernest F. McClain**

Cleveland, Ohio 44108

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:  Mag. Judge White

1:12 MJ 3005

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about <u>December 16, 2011 – December 31, 2011</u>   in   <u>Cuyahoga</u>   county, in the

<u>Northern</u>   District of   <u>Ohio</u>   defendant(s) did, (Track Statutory Language of Offense)

knowingly transport an individual who has not attained the age of 18 years in interstate commerce, with intent that the individual engage in prostitution, in violation of Title 18, United States Code, Section(s) 2423(a).

I further state that I am a(n)   <u>Special Agent of the FBI</u>   and that this complaint is based on the following facts:
<br>Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

**Charles Sullivan**
**Special Agent**
**FBI, Cleveland Division**

<u>January 10, 2012</u>   at   <u>Cleveland, Ohio</u>
<br>Date   City and State

<u>Gregory A. White; Magistrate Judge</u>   _____
<br>Name & Title of Judicial Officer   Signature of Judicial Officer